1  JOSEPH P. RUSSONIELLO (CASBN 44332)  **E-FILING**
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division                          **Filed**

4  AMY J. NELSON (OKBN 19898)
   Special Assistant United States Attorney          FEB 2 9 2008

5
                                                     RICHARD W. WIEKING
6      Defense Language Institute – Criminal Law      CLERK, U.S. DISTRICT COURT
       1336 Plummer Street, Building 275           NORTHERN DISTRICT OF CALIFORNIA
                                                          SAN JOSE
7      Monterey, CA 93944
       Telephone: (831) 242-4537
       FAX: (831) 242-5198
8
   Attorneys for Plaintiff
9

10                   UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SALINAS DIVISION

13  UNITED STATES OF AMERICA,        )  **CR-08   00129**  **RS**
                                     )  Criminal No.
14            Plaintiff,             )  VIOLATIONS: 18 U.S.C. §13, assimilating
                                     )  California Vehicle Code §14601.1 (a) -
15       vs.                         )  Driving When Privilege Revoked or
                                     )  Suspended for Other Reasons; 18 U.S.C. § 13,
16  VICTOR ARIEL GREENE,             )  assimilating California Vehicle Code § 22350
                                     )  – Basic Speed Law; 18 U.S.C. § 13,
17            Defendant.             )  assimilating California Vehicle Code §
                                     )  14601.3(a) – Accumulating a Driving Record
18                                   )  History during a Period when Privilege
                                     )  Suspended or Revoked
19  _____)

20                   I N F O R M A T I O N

21  The United States Attorney charges:

22  <u>COUNT ONE:</u>    (18 U.S.C. §13, assimilating California Penal Code §14601.1(a) –
                      Driving When Privilege Revoked or Suspended for Other Reasons)
23

24       On or about August 17, 2007, at Fort Hunter Liggett, Northern District of California, an

25  area within the special maritime and territorial jurisdiction of the United States, the defendant,

26                         VICTOR ARIEL GREENE,

                                    1



DOCUMENT NO.    CSA's
                INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was

2  suspended for a reason other than one listed in Section 14601, 14601.2 and 14601.5 of the

3  California Vehicle Code, to wit, failure to appear, and when he had knowledge of such

4  suspension, in violation of Title 18, United States Code, Section 13, assimilating California

5  Vehicle Code Section 14601.1(a), a Class B misdemeanor.

6

7  COUNT TWO:         (18 U.S.C. §13, assimilating California Vehicle Code § 22350 – Driving a
                      Vehicle at a Speed Greater than is Reasonable and/or at a Speed, which
8                     endangers the Safety of Persons or Property)

9        On or about August 17, 2007, at Fort Hunter Liggett, Northern District of California, an

10  area within the special maritime and territorial jurisdiction of the United States, the defendant,

11                              VICTOR ARIEL GREENE,

12  did unlawfully violate the basic speed law by driving upon a highway at a speed greater than was

13  reasonable and prudent, having due regard for weather, visibility, the traffic on, and the surface

14  and width of the highway, and at a speed which endangered the safety of persons or property, in

15  violation of Title 18, United States Code, Section 13, assimilating California Vehicle Code

16  Section 22350, an infraction.

17

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

2

Information
USA v. Victor Ariel Greene

1    COUNT THREE:    (18 U.S.C. §13, assimilating California Vehicle Code §14601.3(a)
                     Accumulating a Driving Record History During a Period When Privilege
2                    suspended or Revoked)

3        On or about August 17, 2007, at Fort Hunter Liggett, Northern District of California, an

4    area within the special maritime and territorial jurisdiction of the United States, the defendant,

5
                                   VICTOR ARIEL GREENE,
6
7    did unlawfully accumulate a driving record history during a period while his driving privilege

8    was suspended and revoked, in violation of Title 18, United States Code, Section 13,

9    assimilating California Vehicle Code Section 14601.3(a), a Class B misdemeanor.

     DATED: 2/21/08
10

11                                        JOSEPH P. RUSSONIELLO
                                          United States Attorney
12

13

14

15                                        DAVID CALLAWAY
                                          Assistant United States Attorney
16

17   (Approved as to form: _____ )
                              SAUSA Nelson
18

19

20

21

22

23

24

25

26

                                              3

Information
USA v. Victor Ariel Greene

# Filed

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

FILED 2-29-2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT

Name of District Court, and/or Judge/Magistrate Judge Location (City)

Northern District of California
San Jose

## CR-08 00129  RS

### OFFENSE CHARGED

E-FILING

☐ Petty

☐ Minor

☑ Misdemeanor

☐ Felony

Place of offense
Fort Hunter Liggett, CA

U.S.C. Citation
(See attached sheet)

DEFENDANT – – U.S. vs.

► VICTOR ARIEL GREENE

Address    27135 Siver Oaks Lane #1724
Canyon Country, CA 91387

Birth Date

☑ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

►  MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on

THIS FORM    Scott N. Schools

☑ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Amy J. Nelson, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
Northern District of California, FHL PD

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No

If "Yes," give date filed  Mo.  Day  Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY  Mo.  Day  Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS: Summons for arraignment

To appear before Judge Lloyd on April 7, 2008, 9:30 am
US District Court, located at 1000 South Main Street, #214, Salinas, CA 93901

## ATTACHMENT TO PENALTY SHEET
## U.S. v. GREENE

**COUNT ONE:** 18 U.S.C. Section 13, assimilating California Vehicle Code Section 14601.1(a) – Driving while license suspended for failing to appear.

Penalties:   Upon a first conviction.
Mandatory Minimum: $300.00 fine
Maximum Penalties:
6 Months imprisonment
$1000.00 fine

If the offense occurred within five years of a prior offense that resulted in a conviction of a violation of this section or Section 14601.1, 14601.2, or 14601.5.
Mandatory Minimum:
10 days imprisonment; and
$500 fine
Maximum Penalties:
1 year imprisonment; and
$2,000 fine

**COUNT TWO**: 18 U.S.C. Section 13, assimilating California Vehicle Code Section 22350 - Basic Speed Law.

Penalties:   Mandatory Minimum: N/A
Maximum Penalty:
$380.00 fine

**COUNT THREE:** 18 U.S.C., Section 13, assimilating California Vehicle Code Section 14601.3(a) and (e)(2) – Accumulating a Driving Record History during a Period when Privilege Suspended or Revoked, and within Seven Years of a Prior Conviction.

Penalties:   Upon a first conviction:
Mandatory Minimum: N/A
Maximum Penalties:
30 days – county jail
$1000.00 fine

Upon a second or any subsequent offense within seven years of a prior conviction under this section:
Mandatory Minimum: N/A
Maximum Penalties:
180 days – county jail
$2,000 fine