1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | ROBERT N. MICHAELS (PABN 200918)
Special Assistant United States Attorney

5

6 | Defense Language Institute – Criminal Law
1336 Plummer Street, Building 275
Monterey, CA 93944

7 | Telephone: (831) 242-6394

8 | Attorneys for Plaintiff

9

**FILED**

JUN 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR 08-00129 HRL |
| Plaintiff, ) | |
| ) | MOTION AND [PROPOSED] ORDER TO |
| vs. ) | DISMISS INFORMATION |
| ) | |
| VICTOR ARIEL GREENE, ) | |
| Defendant. ) | |

1. The United States moves that all charges in the Information filed in the above captioned case on February 29, 2008, be dismissed.

2. The United States makes this motion in the interests of Justice.

JOSEPH P. RUSSONIELLO
United States Attorney

_signature_

ROBERT N. MICHAELS
Special Assistant United States Attorney

MOTION AND [PROPOSED] ORDER
TO DISMISS INFORMATION
US v. VICTOR ARIEL GREENE

1

## **ORDER**

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the above entitled matter is dismissed without prejudice.

Dated: _____ 2010

HOWARD R. LLOYD
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER                    2
TO DISMISS INFORMATION
US v. VICTOR ARIEL GREENE